# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRIC OF NEW JERSEY

| | |
|---|---|
| BARRY BENZING, et al.<br><br>*Plaintiffs*,<br><br>v.<br><br>PRIME HEALTHCARE SERVICES, INC., et al.<br><br>*Defendants* | Case No. 2:25-cv-18593-BRM-MAH<br><br>**JURY TRIAL DEMANDED** |

## NOTICE OF APPEARANCE

TO THE CLERK OF COURT:

    Kindly enter the appearance of Scott B. Goldshaw, Esquire (New Jersey Bar ID No. 039851995), of the law firm Goldshaw Greenblatt Pierce LLC, on behalf of all Plaintiffs in the above-captioned action.

                                                         Respectfully submitted,

Dated: December 18, 2025

                                                    Scott B. Goldshaw, Esquire
GOLDSHAW GREENBLATT PIERCE LLC
35 Kings Highway East, Suite 200
Haddonfield, NJ 08033
Phone: 856-873-9090
Fax: 215-445-3629
sgoldshaw@ggplawfirm.com
*Counsel for Plaintiffs*

## CERTIFICATE OF SERVICE

      I, Scott B. Goldshaw, Esquire, hereby certify that a true and correct copy of the foregoing *Notice of Appearance* was electronically filed with the Court on December 18, 2025, and is available for viewing and downloading from the ECF system by all counsel of record.

                                                                                                                                                                                                                        /s/ Scott B. Goldshaw
                                                             Scott B. Goldshaw, Esquire
                                                             *Counsel for Plaintiffs*

Dated: December 18, 2025