### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRIC OF NEW JERSEY

| | |
|---|---|
| BARRY BENZING, et al.<br><br>*Plaintiffs*,<br><br>v.<br><br>PRIME HEALTHCARE SERVICES, INC., et al.<br><br>*Defendants* | :<br>:<br>:<br>: Case No. 2:25-cv-18593-BRM-MAH<br>:<br>:<br>:<br>:<br>: **JURY TRIAL DEMANDED**<br>:<br>: |

### NOTICE OF APPEARANCE

TO THE CLERK OF COURT:

    Kindly enter the appearance of Christen L. Casale, Esquire (New Jersey Bar ID No. 170192015), of the law firm Goldshaw Greenblatt Pierce LLC, on behalf of all Plaintiffs in the above-captioned action.

|  |  |
|---|---|
|  | Respectfully submitted,<br><br>*/s/ Christen L. Casale* |
| Dated: December 18, 2025 | Christen L. Casale, Esquire<br>GOLDSHAW GREENBLATT PIERCE LLC<br>35 Kings Highway East, Suite 200<br>Haddonfield, NJ 08033<br>Phone: 856-873-9090<br>Fax: 215-445-3629<br>ccasale@ggplawfirm.com<br>*Counsel for Plaintiffs* |

## CERTIFICATE OF SERVICE

    I, Christen L. Casale, Esquire, hereby certify that a true and correct copy of the foregoing *Notice of Appearance* was electronically filed with the Court on December 18, 2025, and is available for viewing and downloading from the ECF system by all counsel of record.

                                                              _____
                                                              Christen L. Casale, Esquire
                                                              *Counsel for Plaintiffs*

Dated: December 18, 2025