Matthew J. Hank, Bar No. 405482022
mhank@littler.com
Stephen Douglas Allen, Bar No. 460082024
sdallen@littler.com
LITTLER MENDELSON, P.C.
Three Parkway, 1601 Cherry Street, Suite 1400
Philadelphia, Pennsylvania 19102.1321
Telephone: 267.402.3054
Facsimile: 267.940.1879
*Attorneys for Defendants*

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| BARRY BENZING, et al.<br><br>Plaintiffs,<br><br>v.<br><br>PRIME HEALTHCARE SERVICES, INC., PRIME HEALTHCARE SERVICES - ST. MICHAEL'S LLC D/B/A ST. MICHAEL'S MEDICAL CENTER, AND PREM REDDY, PRIME HEALTHCARE CHIEF EXECUTIVE OFFICER,<br><br>Defendants. | Civil Action No. 2:25-cv-18593<br><br>*Electronically Filed*<br><br>**ORDER GRANTING JOINT MOTION TO EXTEND THE DATE ON WHICH THE COURT WILL TERMINATE THIS ACTION** |

IT IS on this 16th day of November, 2026, ORDERED that the Parties' Joint Motion to Extend the Date on Which the Court Will Terminate this Action is GRANTED.

BY THE COURT:

BRIAN R. MARTINOTTI, U.S.D.J.